IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ABRAHAM ISA, :

          Plaintiff, : Case No. 3:12-cv-249

- vs - : District Judge Walter Herbert Rice
                                           Magistrate Judge Michael R. Merz

WARDEN, CHILLICOTHE :
CORRECTIONAL INSTITUTION,

:

          Defendant.

:

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition is DISMISSED with prejudice.

August 14, 2012.

*Walter Herbert Rice* (signature)

Walter Herbert Rice
United States District Judge